IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA SHATWSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-05-1273-T |
| | ) |
| JO ANNE B. BARNHART, Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## O R D E R   A N D   J U D G M E N T

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts issued August 31, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B)-(C).  Judge Roberts recommends reversal of a final decision of the Social Security Administration denying Plaintiff's application for supplemental security income benefits, and remand of the matter for further proceedings.

Because the record reflects no timely written objection, the Court finds the parties have waived further review.  The Court therefore ADOPTS the Report and Recommendation [Doc. 20] in its entirety.

The decision of the Commissioner is REVERSED and REMANDED for further proceedings. On remand, the administrative law judge shall evaluate psychological opinion evidence in the manner required by Social Security Ruling 96-6p and 20 C.F.R. § 416.927.

Entered this  28th  day of September, 2006.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE